THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANKLIN MILLS COMPANY, Respondent, *v.* LEWIS D. COLLINS et al., Comprising the Board of Education of Union Free School District No. 2, of Batavia, Appellants.

*Tax — validity of assessment for school purposes levied against personal property of a domestic manufacturing and mercantile corporation.*

People ex rel. Franklin Mills Co. v. Collins, 193 App. Div. 925, affirmed.

(Argued October 3, 1921; decided October 18, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 6, 1920, which *unanimously* affirmed an order of Special Term declaring illegal an assessment for school purposes levied against personal property of the relator and directing that such assessment be stricken from the roll. The question at issue was whether manufacturing and mercantile corporations of the state were by chapter 726 of the Laws of 1917 (Tax Law, art. 9-a) exempted from taxation on personal property for local school purposes.

*Edward Griffin* and *Frank B. Gilbert* for appellants.

*Edward A. Washburn* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.